IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RAJION ALTEREK MAYO,

        Petitioner,

v.                              CIVIL ACTION NO. 3:22-0108

SUPERINTENDENT,
Stevens Correctional Center,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

        This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant Respondent's Motion to Dismiss and for Summary Judgment (ECF No. 15), deny Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 3), and dismiss this civil action from the docket of the court. No objections to the Magistrate Judge's findings and recommendation have been filed.

        Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Respondent's Motion to Dismiss and for Summary Judgment (ECF No. 15), **DENIES** Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 3), and **DISMISSES** this civil action from the docket of the Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:          March 8, 2024

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE